

**U.S. Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

*Sidney L. Christie Federal Building*　　　*Mailing Address*
*and United States Courthouse*　　　　*Post Office Box 1239*
*845 Fifth Avenue, Room 209*　　　　*Huntington, WV 25714*
*Huntington, WV 25701*　　　　　　(304) 529-5799
　　　　　　　　　　　　　　　　FAX: (304) 529-5545

December 21, 2009

Ms. Sharon Hanna

MAG. 2:10-MJ-0001
IN RE: SHARON HANNA

Re: Target of Federal Criminal Investigation

Dear Ms. Hanna:

This is to advise you that you are the target of a federal criminal investigation. The investigation has uncovered substantial evidence linking you to the commission of a federal crime in Nicholas County. Accordingly, evidence may be presented to a grand jury. As a target, you will not be compelled by subpoena to appear and testify before the grand jury. However, you may appear and testify before the grand jury in Charleston, West Virginia on January 5, 2010, at 9:30 a.m., if you desire.

If you wish voluntarily to appear before the grand jury on the date indicated, please advise me of this fact no later than January 4, 2010.

If you are already represented, give this letter to your attorney. If you wish legal representation but feel you are unable to afford an attorney, you may call the Office of the United States Magistrate Judge at (304)347-3279 to determine if you are eligible to have an attorney appointed by the court to represent you.

If you have any questions concerning this matter, please feel free to contact me.

　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　CHARLES T. MILLER
　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　JOSHUA C. HANKS
　　　　　　　　　　　　Assistant United States Attorney

JCH/lae

cc: United States Magistrate Judge